UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>Frankenstein v. Host International, Inc., et al.</u>  
No. 20-cv-1100

DATE: November 22, 2023

* * *

A hearing on Frankenstein's Motion for Class Certification (ECF No. 79) has been scheduled for December 19, 2023. The Court will need to **RESCHEDULE** the hearing due to an almost-certain conflict with a trial that begins on December 4. Chambers will contact counsel for the parties about alternative dates for the hearing.

At the prior hearing on Frankenstein's Motion, the Court requested that the parties file proposed findings of fact or law and any evidence in support of their positions on the class certification question prior to the next hearing (*see* ECF No. 109). Accordingly, the Court **ORDERS** that the parties file these materials at least fourteen (14) days in advance of the hearing date once one has been set.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____  
Peter J. Messitte  
United States District Judge

CC: Court file  
Counsel of Record