UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Frankenstein v. Host International, Inc., et al.,
No. 20-cv-1100

DATE: March 29, 2024

\* \* \*

On March 27, 2024, the Court held a hearing on Plaintiff Dan Frankenstein's Motion for Class Certification (ECF No. 79).

At the conclusion of the hearing, the Court advised that it would take the parties' submissions and oral argument with respect to the Motion under advisement, and the Court indicated that it was open to receiving Supplemental Proposed Findings of Fact and Conclusions of Law, should the parties wish to file them.

Accordingly, the parties **SHALL** file Supplemental Proposed Findings of Fact and Conclusions of Law and any Responses, if any, within thirty (30) days of this Order, and the parties **SHALL** file Responses thereto, if any, within (30) days thereafter.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record