IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| DAN FRANKENSTEIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No.: MJM-20-1100 |
| v. | * | |
| | * | |
| HOST INTERNATIONAL, INC. et al, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum, it is this  30th  day of September, 2025, by the United States District Court for the District of Maryland hereby

ORDERED that Defendant's Motion for Summary Judgment (ECF No. 159) is GRANTED; and it is further

ORDERED that summary judgment is ENTERED in favor of defendants Host International, Inc., HMSHost 401(k) Retirement Savings Plan and Trust Retirement Committee, and Coleman Lauterbach; and it is further

ORDERED that the Clerk shall CLOSE this case.

_____
Matthew J. Maddox
United States District Judge